MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5596
Facsimile:  (408) 535-5081
E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00401 JF |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE SENTENCING; |
| v. ) | ORDER [PROPOSED] |
| ) | |
| TIFFANY VU, and ) | Date: February 17, 2011 |
| GLENN LENGSAVATH, ) | Time: 9:00 a.m. |
| ) | |
| Defendants. ) | Before The Hon. Jeremy Fogel |

The United States and defendants Tiffany Vu and Glenn Lengsavath, through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS**,

The parties would like to continue the sentencing date until Thursday, March 31, 2011, so as to allow the parties additional time to file sentencing memoranda and for the government to consider whether or to what extent to move for a sentencing departure;

**IT IS THEREFORE STIPULATED AS FOLLOWS:**

Sentencing for the above-named defendants should be put over until Thursday, March 31,

**STIPULATION AND ORDER**

1  2011, at 9:00 a.m.

2  /s/

3  _____

4  THOMAS J. NOLAN, JR., ESQ.
   Counsel for Glenn Lengsavath
   DATE: February 13, 2011

5

6  /s/
   _____

7  NICHOLAS P. HUMY, ESQ.
   Counsel for Tiffany Vu
   DATE: February 13, 2011

8

9  MELINDA HAAG
   United States Attorney

10

11  /s/
   _____

12  DAVID R. CALLAWAY
   Counsel for Plaintiff
   DATE: February 13, 2011

13

## ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that sentencing for the above-named defendants will take place on **Thursday, March 31, 2011, at 9:00 a.m.**, before The Honorable Jeremy Fogel, United States District Judge.

DATED:  2/14/11

_____
THE HON. JEREMY FOGEL
United States District Judge