| | |
|---|---|
| 1 | Thomas Nolan (SBN 48413) |
| | Emma Bradford (SBN: 233256) |
| 2 | |
| | **Nolan, Armstrong & Barton, LLP** |
| 3 | |
| 4 | 600 University Ave. \ Palo Alto, Ca. 94301 |
| | Tel. (650) 326-2980  Fax (650) 326-9704 |
| 5 | Counsel for Defendant |
| | Tiffany Vu |
| 6 | |
| 7 | Nicholas P. Humy (SBN: 177871) |
| | Office of the Federal Public Defender |
| 8 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 9 | Tel. (408) 291-7753  Fax. (408) 291-7399 |
| | Attorney for Defendant |
| 10 | Glenn Lengsavath |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-00401 JF |
| Plaintiff, | **[PROPOSED] ORDER TO CONTINUE SENTENCING** |
| v. | |
| TIFFANY HA VU and | |
| GLENN LENGSAVATH, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that sentencing for the above-named defendants will be continued from March 31, 2011, to Thursday, May 5, 2011, at 9:00 a.m.

Dated: 3/29/11

_____
The Hon. Jeremy Fogel
United States District Judge

*U.S. v. Tiffany Vu and Glenn Lengsavath* (CR 08-00401 JF)
STIPULATION AND PROPOSED ORDER           1