1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT**

8

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

**SAN JOSE DIVISION**

10

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-00401 JF |
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE SENTENCING |
| v. | |
| TIFFANY HA VU and GLENN LENGSAVATH, | |
| Defendants. | |

12

13

14

15

16

17

18

19      **IT IS HEREBY ORDERED** that sentencing for the above-named defendants will be

20      continued from May 5, 2011, to Thursday, ~~May 19~~ June 9, 2011, at 9:00 a.m.

21

22      Dated:      5/4/11      _____

23      The Hon. Jeremy Fogel
        United States District Judge

24

25

26

27

28

---

*U.S. v. Tiffany Vu and Glenn Lengsavath* (CR 08-00401 JF)
STIPULATION AND PROPOSED ORDER      1