IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 08-00401 JF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE SENTENCING |
| v. | |
| TIFFANY HA VU and GLENN LENGSAVATH, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that sentencing for the above-named defendants will be continued from June 9, 2011, to Thursday, July 28, 2011, at 9:00 a.m.

Dated: 6/8/11

_____
The Hon. Jeremy Fogel
United States District Judge

*U.S. v. Tiffany Vu and Glenn Lengsavath* (CR 08-00401 JF)
STIPULATION AND PROPOSED ORDER          1