1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   DAVID R. CALLAWAY (CABN 121782)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6991
       Facsimile: (415) 436-7234
8      E-mail: David.Callaway@usdoj.gov

   Attorneys for Plaintiff

                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                           SAN JOSE DIVISION

   UNITED STATES OF AMERICA,           )   No. CR 08-00401 JF
                                       )
          Plaintiff,                   )
                                       )   STIPULATION TO CONTINUE SENTENCING;
       v.                              )   ORDER [PROPOSED]
                                       )
                                       )
   TIFFANY VU, and                     )   Date:  July 28, 2011
   GLENN LENGSAVATH,                   )   Time:  9:00 a.m.
                                       )
          Defendants.                  )   Before The Hon. Jeremy Fogel

   _____

   The United States and defendants Tiffany Vu and Glenn Lengsavath, through their respective counsel, hereby agree and stipulate as follows:

   **WHEREAS**,

   The parties would like to continue the sentencing date until Thursday, August 18, 2011, so as to allow the parties additional time to file sentencing memoranda and for the government to consider whether or to what extent to move for a sentencing departure;

   The assigned United States Probation Officers have been contacted regarding the proposed date: USPO Waseem Iqbal (Tiffany Vu) is agreeable. USPO Benjamin Flores (Glen Lengsavath)

   **STIPULATION AND ORDER**

has not yet responded. If it turns out that the proposed date is not convenient to Mr. Flores, the parties will submit a revised stipulation.

**IT IS THEREFORE STIPULATED AS FOLLOWS:**

Sentencing for the above-named defendants should be put over until Thursday, August 18, 2011, at 9:00 a.m.

/s/
_____
THOMAS J. NOLAN, JR., ESQ.
Counsel for Tiffany Vu
DATE: July 27, 2011

/s/
_____
MANUEL U. ARAUJO, ESQ.
Counsel for Glenn Lengsavath
DATE: July 27, 2011

MELINDA HAAG
United States Attorney

/s/
_____
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: July 27, 2011

# **ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that sentencing for the above-named defendants will take place on **Thursday, August 18, 2011, at 9:00 a.m.**, before The Honorable Jeremy Fogel, United States District Judge.

DATED: 7/28/11

_____
THE HON. JEREMY FOGEL
United States District Judge