1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LENGSAVATH

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,           )    No. CR-08-00401 JF
                                       )
13         Plaintiff,                  )    **[PROPOSED] ORDER GRANTING
                                       )    DEFENDANT GLENN LENGSAVATH'S
14 vs.                                 )    UNOPPOSED REQUEST TO CHANGE
                                       )    DATE FOR SELF-SURRENDER**
15 GLENN LENGSAVATH,                   )
                                       )
16         Defendant.                  )
   _____)

17     GOOD CAUSE APPEARING, upon the unopposed request of defendant Glenn

18 Lengsavath, IT IS HEREBY ORDERED that the defendant's self-surrender date shall be

19 changed from November 18, 2011, to December 18, 2011.

20     IT IS SO ORDERED.

21 Date:"P qxgo dgt"9."4233

22                                     _Lucy H. Koh_____

23                                     Lucy H. Koh
                                       United States District Judge
24

25

26

[Proposed] Order Modifying  Self-Surrender Date
No. CR 08-00401 JF                                1